IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:24-bk-03055-MJC |
| JOSLYN RENEE RINKER, | : | |
| Debtor | : | Chapter 7 |

## ORDER

Upon consideration of the Application of Lawrence G. Frank, Trustee in the above estate, praying for authority to employ and appoint Lawrence G. Frank, Esquire, under a general retainer to represent him as attorney for the Trustee, Dkt. # 11 ("Application"), Debtor's Objection thereto, Dkt. # 12 ("Objection"), after a hearing held on February 13, 2025, it is hereby

**ORDERED** that the Objection is **OVERRULED**; and it is further

**ORDERED** that Lawrence G. Frank, as such Trustee, be and hereby is authorized to employ Lawrence G. Frank, Esquire, as attorney under a general retainer.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 13, 2025

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).