IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:24-bk-03055-MJC |
| JOSLYN RENEE RINKER, | : | |
|     Debtor | : | Chapter 7 |
| | : | |
| LAWRENCE G. FRANK, | : | |
| TRUSTEE IN BANKRUPTCY FOR | : | |
| JOSLYN RENEE RINKER, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
|     Respondent | : | |

## ORDER

UPON CONSIDERATION of the Trustee's Motion for Rule 2004 Examination of the Respondent, Nationstar Mortgage, LLC, Doc. 33 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, and good reason appearing therefore, it is hereby

**ORDERED AND DECREED** that the Motion be and is hereby **GRANTED**. The Trustee is permitted to conduct a Rule 2004 Examination on October 2, 2025 at 10:00 a.m. at 1719 N. Front Street, Harrisburg, PA 17102. A representative of the Respondent is directed to appear at the Rule 2004 Examination and to provide the Trustee with the documents and information requested in the Trustee's motion at least 10 (ten) days prior to the examination.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 19, 2025