United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03055-MJC |
| Joslyn Renee Rinker | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

**Recip ID**      **Recipient Name and Address**
\+      Manager, Nationstar Mortgage, LLC, PO Box 7729, Springfield, OH 45501-7729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Joslyn Renee Rinker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Lawrence G. Frank | on behalf of Trustee Lawrence G. Frank lawrencegfrank@gmail.com trusteefrank@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:24-bk-03055-MJC |
| JOSLYN RENEE RINKER, | : | |
|            Debtor | : | Chapter 7 |
| | : | |
| LAWRENCE G. FRANK, | : | |
| TRUSTEE IN BANKRUPTCY FOR | : | |
| JOSLYN RENEE RINKER, | : | |
|            Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC | : | |
|            Respondent | : | |

## ORDER

UPON CONSIDERATION of the Trustee's Motion for Rule 2004 Examination of the Respondent, Nationstar Mortgage, LLC, Doc. 33 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, and good reason appearing therefore, it is hereby

**ORDERED AND DECREED** that the Motion be and is hereby **GRANTED**. The Trustee is permitted to conduct a Rule 2004 Examination on October 2, 2025 at 10:00 a.m. at 1719 N. Front Street, Harrisburg, PA 17102. A representative of the Respondent is directed to appear at the Rule 2004 Examination and to provide the Trustee with the documents and information requested in the Trustee's motion at least 10 (ten) days prior to the examination.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 19, 2025