IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Joslyn Renee Rinker, <br><br> Debtor <br><br> Trustee Lawrence G. Frank, <br><br> Movant <br><br> Michael Jason Rinker, <br><br> Respondent | Chapter 7 <br><br> Case No. 5:24-bk-03055-MJC |

## NOTICE

Attorney Carlo Sabatini is present at this examination on behalf of Joslyn Rinker. He does not represent you and will not give you advice.

At certain times during this examination, Attorney Sabatini may assert that a marital privilege applies to a question asked by Trustee Frank, and based on that privilege, Attorney Sabatini may ask you to refuse to answer the question that was just asked. You may then decide on your own whether to answer or to refuse to answer.

Date: October 6, 2025

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831