United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03055-MJC |
| Joslyn Renee Rinker | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

**Recip ID**     **Recipient Name and Address**
\+     Michael Jason Rinker, 100 Pecora Road, Drums, PA 18222-2854

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Joslyn Renee Rinker usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Lawrence G. Frank | on behalf of Trustee Lawrence G. Frank lawrencegfrank@gmail.com trusteefrank@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Joslyn Renee Rinker,<br><br>     Debtor<br><br>Trustee Lawrence G. Frank,<br><br>     Movant<br><br>Michael Jason Rinker,<br><br>     Respondent | Chapter 7<br><br>Case No. 5:24-bk-03055-MJC<br><br>Motion for Rule 2004 Examination of Michael Jason Rinker |

**ORDER**

Upon consideration of the Motion for Examination Under Rule 2004 of Michael Rinker, Doc. 30 ("Motion"), Debtor's Amended Objection filed in response thereto, Doc. 40 ("Objection"), Briefs in support and opposition thereto, Doc. 39, 41, after a hearing held on September 23, 2025, wherein the Objection was overruled, and upon agreement of the parties;

**IT IS HEREBY ORDERED THAT:**

The Trustee is permitted to conduct an examination under Bankruptcy Rule 2004 of Michael Rinker. Joslyn Rinker and her counsel may attend the examination.

The examination will be conducted within 90 days of the date of this order at 216 N. Blakely Street, Dunmore, PA 18512, or at such other location that is agreed to by Michael Rinker, Joslyn Rinker, and the Trustee.

Michael Rinker shall provide the Trustee with the documents and information requested in paragraph 16 of the Trustee's Motion at least 10 days prior to the examination. The Trustee shall electronically provide that information to Debtor's counsel within 3 days of receipt.

Mrs. Rinker may, in good faith, assert that a privilege applies with respect to any question posted to Mr. Rinker at the examination. Mrs. Rinker may not *instruct* the witness to refuse to answer. However, Mrs. Rinker may *ask* the witness to refuse to answer the question based on privilege. The witness may refuse to answer to preserve the privilege, as permitted by Fed. R. Civ. P. 30(c)(2) as incorporated by Fed. R. Bankr. P. 7030 and 9014. The Trustee has the right to file a motion with the Court to compel Mr. Rinker to answer any questions that he refuses to answer or to provide any documents that he refuses to provide.

No privilege shall be deemed waived by failure to raise it before, during, or after the 2004 examination. Instead, Mrs. Rinker may assert at any time that the privilege applies to any testimony, document, or other evidence.

At the beginning of the examination, Mr. Rinker will be given a copy of the notice filed on the docket as Doc. Entry 45.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 10, 2025

2